

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANTHONY WHITE, | § | No. 08-11-00130-CR |
| Appellant, | § | Appeal from the |
| v. | § | 89th District Court |
| THE STATE OF TEXAS, | § | of Wichita County, Texas |
| Appellee. | § | (TC#44,289-C) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Anthony White entered a plea of not guilty before a jury to the offense of aggravated assault on a public servant with a deadly weapon.[1]  He was convicted, and the jury assessed punishment, enhanced by two prior convictions, at seventy years' confinement.  We affirm.

Appellant's court-appointed counsel has filed a brief in which she has concluded that the appeal is wholly frivolous and without merit.  Appellate counsel states, and her brief demonstrates that she has performed a professional evaluation of the record, and that she has concluded the record contains no reversible error and no jurisdictional defects.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be

---

[1] *See* TEX. PENAL CODE ANN. § 22.02(a)(2), (b)(2)(B) (West 2011).

advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel's brief and the appellate record have been delivered to Appellant, and Appellant has been advised of his right to file a *pro se* brief, which he has done.

We have carefully reviewed the record, including counsel's brief, Appellant's response, and the State's brief, and find no reversible error. *See Anders*, 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal.

The issues raised in Appellant's *pro se* brief have no arguable merit. *See Garner*, 300 S.W.3d at 766; *Bledsoe*, 178 S.W.3d at 827. A discussion of the contentions advanced in the *pro se* brief would add nothing to the jurisprudence of the state. We are not required to address the merits of each claim raised in a *pro se* response when we have determined there are no arguable grounds for review. *See Bledsoe*, 178 S.W.3d at 827.

The judgment of conviction is affirmed.

_____
December 21, 2012                                   GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)

2